UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTIN ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:18-CV-1109-B-BT |
| KATIE VAUGHN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 12, 2019. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Rule 12(b)(6) Motion to Dismiss (ECF No. 9), filed by Defendants Katie Vaughn, Adam Alfia, and Kfir Alfia, is **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED without prejudice.**

**SO ORDERED** this 1st day of March, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE